*S. C. Kearley* and *A. C. Adams,* for Defendants in Error.

---

Georgia Nelson, Appellant, v. Sarah Hoffman et al., Appellees.

An appeal from the Circuit Court for the County of DeSoto.

Appeal dismissed on motion of counsel for Appellees.

*C. C. Morgan,* for Appellant;

*Leitner & Leitner,* for Appellees.

---

James R. Davis et al., Appellants, v. Wilson & Toomer Fertilizer Co., a corporation, Appellees.

An Appeal from the Circuit Court for the County of Polk.

Appeal dismissed on motion of counsel for Appellee.

*J. W. Brady* for Appellants;

*McKay & Withers* for Appellees.